# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Alec Jones | § | Case No. 17-02480 |
| Rejeana Watkins-Jones | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/27/2017 . The undersigned trustee was appointed on 01/27/2017 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of       $       140,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 61,873.80 |
   | Bank service fees | 26.85 |
   | Other payments to creditors | 24,416.52 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 15,000.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 38,682.83 |

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/01/2017 and the deadline for filing governmental claims was 07/26/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 9,500.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 9,500.00 , for a total compensation of $ 9,500.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 24.06 , for total expenses of $ 24.06 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/11/2017                By: /s/STEVEN R. RADTKE
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 17-02480 | CAD | Judge: | Carol A. Doyle | Trustee Name: | STEVEN R. RADTKE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Alec Jones | | | | Date Filed (f) or Converted (c): | 01/27/2017 (f) |
| | Rejeana Watkins-Jones | | | | 341(a) Meeting Date: | 02/27/2017 |
| For Period Ending: | 10/11/2017 | | | | Claims Bar Date: | 06/01/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 5717 S. Princeton Avenue Chicago Il 60621-0000 Cook | 74,428.00 | 74,428.00 | OA | 0.00 | FA |
| 2. 2008 Kia Sportage Mileage: 110000 | 3,022.00 | 3,022.00 | | 0.00 | FA |
| 3. 2014 Ford Focus Mileage: 6000 | 9,277.00 | 9,277.00 | | 0.00 | FA |
| 4. 2009 Honda Odyssey Mileage: 120000 | 5,391.00 | 5,391.00 | | 0.00 | FA |
| 5. Basic Furniture | 200.00 | 0.00 | | 0.00 | FA |
| 6. Tv | 100.00 | 0.00 | | 0.00 | FA |
| 7. Basic Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 8. Navy Fcu | 0.00 | 0.00 | | 0.00 | FA |
| 9. Bank Of America | 1,200.00 | 0.00 | | 0.00 | FA |
| 10. Metlife | 400,000.00 | 0.00 | | 0.00 | FA |
| 11. 2016 Tax Refund Federal | 3,000.00 | 0.00 | | 0.00 | FA |
| 12. Term Life Insurance With At&T | 0.00 | 0.00 | | 0.00 | FA |
| 13. Personal/Medical Injury Claim For Medical Malpractice. Case | 0.00 | 0.00 | | 140,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets
| TOTALS (Excluding Unknown Values) | $496,718.00 | $92,118.00 | | $140,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

6/2017 Working on fee petition and TFR (objection to one claim pending)

4/2017 Settlement approved by order of court; waiting for $ and bar date to pass

3/2017  Malpractice claim settled for $140,000

2/2017 Debtor has malpractice claim; settlement

Exhibit A

Initial Projected Date of Final Report (TFR): 12/31/2018          Current Projected Date of Final Report (TFR): 06/30/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 17-02480 | Trustee Name: | STEVEN R. RADTKE | |
| Case Name: | Alec Jones | Bank Name: | Associated Bank | |
| | Rejeana Watkins-Jones | Account Number/CD#: | XXXXXX6339 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX8935 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 10/11/2017 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/28/17 | 13 | Karlin, Fleisher & Falkenberg, L.L.C. IOLTA Client Trust Fund 111 W. Washington Street Suite 1505 Chicago, IL 60602 | Settlement proceeds Settlement of personal/medical injury claim for medical malpractice; Case No. 13-L-013736 | 1142-000 | $140,000.00 | | $140,000.00 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.85 | $139,973.15 |
| 05/05/17 | 1001 | Daniel R. McLean and Karlin, Fleisher & Falkenberg, LLC 111 West Washington Street Suite 950 Chicago, IL 60602 | Special Counsel to Trustee Fees per order of Court dated 4/20/17 | 3210-000 | | $46,666.66 | $93,306.49 |
| 05/05/17 | 1002 | Daniel R. McLean and Karlin, Fleisher & Falkenberg, LLC 111 West Washington Street Suite 950 Chicago, IL 60602 | Special Counsel to Trustee Expenses per order of Court dated 4/20/17 | 3220-000 | | $15,207.14 | $78,099.35 |
| 05/05/17 | 1003 | Health Care Service Corporation 25552 Network Place Chicago, IL 60673-1255 | Payment of lien pursuant to order of Court dated 4/20/17 | 4220-000 | | $24,416.52 | $53,682.83 |
| 05/05/17 | 1004 | Rejeana Watkins-Jones 5717 S. PRINCETON AVENUE CHICAGO, IL  60621 | Debtor's Exemption in proceeds of personal injury settlement | 8100-002 | | $15,000.00 | $38,682.83 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $140,000.00 | $101,317.17 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $140,000.00 | $101,317.17 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $140,000.00 | $86,317.17 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*               Page Subtotals:            $140,000.00       $101,317.17

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6339 - Checking | $140,000.00 | $86,317.17 | $38,682.83 |
|  | $140,000.00 | $86,317.17 | $38,682.83 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $140,000.00 |
| Total Gross Receipts: | $140,000.00 |

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 17-02480  
Debtor Name: Alec Jones  
Claims Bar Date: 6/1/2017

Date: October 11, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Administrative | | $0.00 | $9,500.00 | $9,500.00 |
| 100 2200 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Administrative | | $0.00 | $24.06 | $24.06 |
| 100 3110 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Administrative | | $0.00 | $7,612.50 | $7,612.50 |
| 100 3120 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Administrative | | $0.00 | $45.78 | $45.78 |
| 2 300 7100 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $1,951.00 | $1,999.07 | $1,999.07 |
| 3 300 7100 | Navy Federal Credit Union<br>Po Box 3000<br>Merrifield Va 22119 | Unsecured | | $11,423.00 | $11,575.50 | $11,575.50 |
| 4 300 7100 | Td Auto Finance Llc<br>C/O Riezman Berger Pc<br>7700 Bonhomme Avenue 7Th Floor<br>St Louis Mo 63105 | Unsecured | | $16,297.00 | $9,228.98 | $9,228.98 |
| 5 300 7100 | Synchrony Bank<br>C/O Pra Receivables Management, Llc<br>Po Box 41021<br>Norfolk Va 23541 | Unsecured | | $1,588.00 | $1,588.06 | $1,588.06 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 17-02480    Date: October 11, 2017
Debtor Name: Alec Jones
Claims Bar Date: 6/1/2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 6 300 7100 | Synchrony Bank C/O Pra Receivables Management, Llc Po Box 41021 Norfolk Va 23541 | Unsecured | | $503.00 | $503.00 | $503.00 |
| 7 300 7100 | Navy Federal Credit Union Po Box 3000 Merrifield Va 22119 | Unsecured | | $5,000.00 | $4,970.05 | $4,970.05 |
| 8 300 7100 | Navy Federal Credit Union Po Box 3000 Merrifield Va 22119 | Unsecured | | $12,888.00 | $13,080.22 | $13,080.22 |
| 9 300 7100 | Navy Federal Credit Union Po Box 3000 Merrifield Va 22119 | Unsecured | | $32,852.00 | $33,288.23 | $33,288.23 |
| 11 300 7100 | Navy Federal Credit Union Po Box 3000 Merrifield Va 22119 | Unsecured | | $16,414.00 | $16,434.83 | $16,434.83 |
| 1 400 4110 | Capital One Auto Finance, A Division Of Capital One N.A. P.O. Box 60511 City Of Industry, Ca 91716 | Secured | Disallowed | $15,162.00 | $15,322.47 | $0.00 |
| 10 400 4110 | Navy Federal Credit Union Po Box 3000 Merrifield Va 22119 | Secured | Withdrawn | $5,770.00 | $5,825.58 | $0.00 |
| | Case Totals | | | $119,848.00 | $130,998.33 | $109,850.28 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-02480
Case Name: Alec Jones
      Rejeana Watkins-Jones
Trustee Name: STEVEN R. RADTKE

Balance on hand    $    38,682.83

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Capital One Auto Finance,-Disallowed | $ 15,322.47 | $ 0.00 | $ 0.00 | $ 0.00 |
| 10 | Navy Federal Credit Union-Withdrawn | $ 5,825.58 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors    $    0.00

Remaining Balance    $    38,682.83

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ 9,500.00 | $ 0.00 | $ 9,500.00 |
| Trustee Expenses: STEVEN R. RADTKE | $ 24.06 | $ 0.00 | $ 24.06 |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $ 7,612.50 | $ 0.00 | $ 7,612.50 |
| Attorney for Trustee Expenses: STEVEN R. RADTKE | $ 45.78 | $ 0.00 | $ 45.78 |

Total to be paid for chapter 7 administrative expenses    $    17,182.34

Remaining Balance    $    21,500.49

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 92,667.94  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 23.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Capital One Bank (Usa), N.A. | $ 1,999.07 | $ 0.00 | $ 463.82 |
| 3 | Navy Federal Credit Union | $ 11,575.50 | $ 0.00 | $ 2,685.71 |
| 4 | Td Auto Finance Llc | $ 9,228.98 | $ 0.00 | $ 2,141.28 |
| 5 | Synchrony Bank | $ 1,588.06 | $ 0.00 | $ 368.46 |
| 6 | Synchrony Bank | $ 503.00 | $ 0.00 | $ 116.70 |
| 7 | Navy Federal Credit Union | $ 4,970.05 | $ 0.00 | $ 1,153.13 |
| 8 | Navy Federal Credit Union | $ 13,080.22 | $ 0.00 | $ 3,034.83 |
| 9 | Navy Federal Credit Union | $ 33,288.23 | $ 0.00 | $ 7,723.42 |
| 11 | Navy Federal Credit Union | $ 16,434.83 | $ 0.00 | $ 3,813.14 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 21,500.49 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE