UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 17-02480 |
| | ) | |
| ALEC JONES and REJEANA | ) | Hon. Carol A. Doyle |
| WATKINS-JONES, | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | |

## Certificate Of Service

I, Steven R. Radtke, hereby certify that on **November 1, 2017**, I caused a true and correct copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be served on the persons on the attached service list via First Class mail, postage prepaid, as indicated on the service list.

/s/  Steven R. Radtke
STEVEN R. RADTKE, TRUSTEE
Attorney ID No. 0312-4816
79 WEST MONROE STREET
SUITE 1305
CHICAGO IL 60603
(312) 346-1935

JonesANFRCrtSrv

# SERVICE LIST
## ALEC JONES and REJEANA WATKINS-JONES, DEBTORS
## CASE NO. 17-02480

Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, IL 60604

Alec Jones
5717 S. Princeton Avenue
Chicago, IL 60621

Rejeana Watkins-Jones
5717 S. Princeton Avenue
Chicago, IL 60621

Matthew C Baysinger
Law Offices of Matthew R. Wildermuth
1900 W. 75th Street
Woodridge, IL 60517

Capital One Auto Finance
a division of Capital One, N.A.
P.O. Box 165028
Irving, TX 75016

Capital One Bank (USA) N.A.
by American InfoSource LP as agent
P.O. Box 71083
Charlotte, NC 28272-1083

Navy Federal Credit Union
P.O. Box 3000
Merrifield, VA 22119

TD Auto Finance LLC
c/o Riezman Berger, P.C.
7700 Bonhomme Avenue, 7th Floor
St. Louis MO 63105

Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541

JonesATFRSrvList