UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Alec Jones | § | Case No. 17-02480 |
| Rejeana Watkins-Jones | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 92,018.00                   Assets Exempt: 419,700.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 45,917.01   Claims Discharged
                                              Without Payment: 270,559.45

Total Expenses of Administration: 79,082.99

3) Total gross receipts of $ 140,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00  (see **Exhibit 2**), yielded net receipts of $ 125,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 194,025.00 | $ 45,564.57 | $ 24,416.52 | $ 24,416.52 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 79,082.99 | 79,082.99 | 79,082.99 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 125,215.00 | 92,667.94 | 92,667.94 | 21,500.49 |
| **TOTAL DISBURSEMENTS** | $ 319,240.00 | $ 217,315.50 | $ 196,167.45 | $ 125,000.00 |

4) This case was originally filed under chapter 7 on 01/27/2017 . The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/08/2018         By:/s/STEVEN R. RADTKE
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal/Medical Injury Claim For Medical Malpractice. Case | 1142-000 | 140,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 140,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Rejeana Watkins-Jones | Exemptions | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 15,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Select Portfolio Svcin, Po Box 65250 Salt Lake City, UT 84165 | | 137,893.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | US Small Business Administration Debtor 2 Rejeana Watkins-Jones First Name, 14925 Kingsport Road Fort Worth, TX 76155-2243 | | 35,200.00 | NA | NA | 0.00 |
| 1 | Capital One Auto Finance, | 4110-000 | 15,162.00 | 15,322.47 | 0.00 | 0.00 |
| 10 | Navy Federal Credit Union | 4110-000 | 5,770.00 | 5,825.58 | 0.00 | 0.00 |
| | Health Care Service Corporation | 4220-000 | NA | 24,416.52 | 24,416.52 | 24,416.52 |
| **TOTAL SECURED CLAIMS** | | | **$ 194,025.00** | **$ 45,564.57** | **$ 24,416.52** | **$ 24,416.52** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | 2100-000 | NA | 9,500.00 | 9,500.00 | 9,500.00 |
| STEVEN R. RADTKE | 2200-000 | NA | 24.06 | 24.06 | 24.06 |
| Associated Bank | 2600-000 | NA | 26.85 | 26.85 | 26.85 |
| STEVEN R. RADTKE | 3110-000 | NA | 7,612.50 | 7,612.50 | 7,612.50 |
| STEVEN R. RADTKE | 3120-000 | NA | 45.78 | 45.78 | 45.78 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Daniel R. McLean and Karlin, Fleisher & Falkenberg, LLC | 3210-000 | NA | 46,666.66 | 46,666.66 | 46,666.66 |
| Daniel R. McLean and Karlin, Fleisher & Falkenberg, LLC | 3220-000 | NA | 15,207.14 | 15,207.14 | 15,207.14 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 79,082.99 | $ 79,082.99 | $ 79,082.99 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T, c/o Bankruptcy 1801 Valley View Ln Farmer's Branch, TX 75234 | | 1,000.00 | NA | NA | 0.00 |
| | Atg Credit, 1700 W Cortland St Ste 2 Chicago, IL 60622 | | 11.00 | NA | NA | 0.00 |
| | Atg Credit, 1700 W Cortland St Ste 2 Chicago, IL 60622 | | 11.00 | NA | NA | 0.00 |
| | Atg Credit, 1700 W Cortland St Ste 2 Chicago, IL 60622 | | 34.00 | NA | NA | 0.00 |
| | Atlantic Credit & Finance, Inc., PO Box 11887 Roanoke, VA 24022-1887 | | 1,100.00 | NA | NA | 0.00 |
| | Chgo Po Ecu, 10025 S Western Chicago, IL 60643 | | 0.00 | NA | NA | 0.00 |
| | Chgo Po Ecu, 10025 S Western Chicago, IL 60643 | | 16,621.00 | NA | NA | 0.00 |
| | Great Lakes Cr Un, 2525 Green Bay Rd North Chicago, IL 60064 | | 6,836.00 | NA | NA | 0.00 |
| | Kohls/capone, N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 103.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rs Clark And Associate, 12990 Pandora Dallas, TX 75238 | | 583.00 | NA | NA | 0.00 |
| 2 | Capital One Bank (Usa), N.A. | 7100-000 | 1,951.00 | 1,999.07 | 1,999.07 | 463.82 |
| 11 | Navy Federal Credit Union | 7100-000 | 16,414.00 | 16,434.83 | 16,434.83 | 3,813.14 |
| 3 | Navy Federal Credit Union | 7100-000 | 11,423.00 | 11,575.50 | 11,575.50 | 2,685.71 |
| 7 | Navy Federal Credit Union | 7100-000 | 5,000.00 | 4,970.05 | 4,970.05 | 1,153.13 |
| 8 | Navy Federal Credit Union | 7100-000 | 12,888.00 | 13,080.22 | 13,080.22 | 3,034.83 |
| 9 | Navy Federal Credit Union | 7100-000 | 32,852.00 | 33,288.23 | 33,288.23 | 7,723.42 |
| 5 | Synchrony Bank | 7100-000 | 1,588.00 | 1,588.06 | 1,588.06 | 368.46 |
| 6 | Synchrony Bank | 7100-000 | 503.00 | 503.00 | 503.00 | 116.70 |
| 4 | Td Auto Finance Llc | 7100-000 | 16,297.00 | 9,228.98 | 9,228.98 | 2,141.28 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 125,215.00 | $ 92,667.94 | $ 92,667.94 | $ 21,500.49 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 17-02480 | CAD | Judge: | Carol A. Doyle | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Alec Jones | | | | Date Filed (f) or Converted (c): | 01/27/2017 (f) |
| | Rejeana Watkins-Jones | | | | 341(a) Meeting Date: | 02/27/2017 |
| For Period Ending: | 01/08/2018 | | | | Claims Bar Date: | 06/01/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 5717 S. Princeton Avenue Chicago Il 60621-0000 Cook | 74,428.00 | 74,428.00 | OA | 0.00 | FA |
| 2. 2008 Kia Sportage Mileage: 110000 | 3,022.00 | 3,022.00 | | 0.00 | FA |
| 3. 2014 Ford Focus Mileage: 6000 | 9,277.00 | 9,277.00 | | 0.00 | FA |
| 4. 2009 Honda Odyssey Mileage: 120000 | 5,391.00 | 5,391.00 | | 0.00 | FA |
| 5. Basic Furniture | 200.00 | 0.00 | | 0.00 | FA |
| 6. Tv | 100.00 | 0.00 | | 0.00 | FA |
| 7. Basic Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 8. Navy Fcu | 0.00 | 0.00 | | 0.00 | FA |
| 9. Bank Of America | 1,200.00 | 0.00 | | 0.00 | FA |
| 10. Metlife | 400,000.00 | 0.00 | | 0.00 | FA |
| 11. 2016 Tax Refund Federal | 3,000.00 | 0.00 | | 0.00 | FA |
| 12. Term Life Insurance With At&T | 0.00 | 0.00 | | 0.00 | FA |
| 13. Personal/Medical Injury Claim For Medical Malpractice. Case | 0.00 | 0.00 | | 140,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $496,718.00 | $92,118.00 | | $140,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit 8

6/2017 Working on fee petition and TFR (objection to one claim pending)

4/2017 Settlement approved by order of court; waiting for $ and bar date to pass

3/2017  Malpractice claim settled for $140,000

2/2017 Debtor has malpractice claim; settlement


Initial Projected Date of Final Report (TFR): 12/31/2018          Current Projected Date of Final Report (TFR): 06/30/2018

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 17-02480 | Trustee Name: | STEVEN R. RADTKE |
| Case Name: Alec Jones | Bank Name: | Associated Bank |
| Rejeana Watkins-Jones | Account Number/CD#: | XXXXXX6339 |
| | | Checking |
| Taxpayer ID No: XX-XXX8935 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 01/08/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/28/17 | 13 | Karlin, Fleisher & Falkenberg, L.L.C. IOLTA Client Trust Fund 111 W. Washington Street Suite 1505 Chicago, IL 60602 | Settlement proceeds Settlement of personal/medical injury claim for medical malpractice; Case No. 13-L-013736 | 1142-000 | $140,000.00 | | $140,000.00 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.85 | $139,973.15 |
| 05/05/17 | 1001 | Daniel R. McLean and Karlin, Fleisher & Falkenberg, LLC 111 West Washington Street Suite 950 Chicago, IL 60602 | Special Counsel to Trustee Fees per order of Court dated 4/20/17 | 3210-000 | | $46,666.66 | $93,306.49 |
| 05/05/17 | 1002 | Daniel R. McLean and Karlin, Fleisher & Falkenberg, LLC 111 West Washington Street Suite 950 Chicago, IL 60602 | Special Counsel to Trustee Expenses per order of Court dated 4/20/17 | 3220-000 | | $15,207.14 | $78,099.35 |
| 05/05/17 | 1003 | Health Care Service Corporation 25552 Network Place Chicago, IL 60673-1255 | Payment of lien pursuant to order of Court dated 4/20/17 | 4220-000 | | $24,416.52 | $53,682.83 |
| 05/05/17 | 1004 | Rejeana Watkins-Jones 5717 S. PRINCETON AVENUE CHICAGO, IL 60621 | Debtor's Exemption in proceeds of personal injury settlement | 8100-002 | | $15,000.00 | $38,682.83 |
| 11/30/17 | 1005 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL 60603 , | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $9,500.00 | $29,182.83 |
| 11/30/17 | 1006 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL 60603 , | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $24.06 | $29,158.77 |

Page Subtotals: $140,000.00  $110,841.23

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 17-02480 | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|
| Case Name: | Alec Jones | Bank Name: | Associated Bank |
| | Rejeana Watkins-Jones | Account Number/CD#: | XXXXXX6339 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8935 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/08/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/30/17 | 1007 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $7,612.50 | $21,546.27 |
| 11/30/17 | 1008 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | $45.78 | $21,500.49 |
| 11/30/17 | 1009 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 2 representing a payment of 23.20 % per court order. | 7100-000 | | $463.82 | $21,036.67 |
| 11/30/17 | 1010 | Navy Federal Credit Union<br>Po Box 3000<br>Merrifield Va 22119 | Final distribution to claim 3 representing a payment of 23.20 % per court order. | 7100-000 | | $2,685.71 | $18,350.96 |
| 11/30/17 | 1011 | Td Auto Finance Llc<br>C/O Riezman Berger Pc<br>7700 Bonhomme Avenue 7Th Floor<br>St Louis Mo 63105 | Final distribution to claim 4 representing a payment of 23.20 % per court order. | 7100-000 | | $2,141.28 | $16,209.68 |
| 11/30/17 | 1012 | Synchrony Bank<br>C/O Pra Receivables Management, Llc<br>Po Box 41021<br>Norfolk Va 23541 | Final distribution to claim 5 representing a payment of 23.20 % per court order. | 7100-000 | | $368.46 | $15,841.22 |
| 11/30/17 | 1013 | Synchrony Bank<br>C/O Pra Receivables Management, Llc<br>Po Box 41021<br>Norfolk Va 23541 | Final distribution to claim 6 representing a payment of 23.20 % per court order. | 7100-000 | | $116.70 | $15,724.52 |
| 11/30/17 | 1014 | Navy Federal Credit Union<br>Po Box 3000<br>Merrifield Va 22119 | Final distribution to claim 7 representing a payment of 23.20 % per court order. | 7100-000 | | $1,153.13 | $14,571.39 |
| 11/30/17 | 1015 | Navy Federal Credit Union<br>Po Box 3000<br>Merrifield Va 22119 | Final distribution to claim 8 representing a payment of 23.20 % per court order. | 7100-000 | | $3,034.83 | $11,536.56 |
| | | | Page Subtotals: | | $0.00 | $17,622.21 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 17-02480 | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Alec Jones | Bank Name: | Associated Bank |
| | Rejeana Watkins-Jones | Account Number/CD#: | XXXXXX6339 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8935 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/08/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/30/17 | 1016 | Navy Federal Credit Union<br>Po Box 3000<br>Merrifield Va 22119 | Final distribution to claim 9 representing a payment of 23.20 % per court order. | 7100-000 | | $7,723.42 | $3,813.14 |
| 11/30/17 | 1017 | Navy Federal Credit Union<br>Po Box 3000<br>Merrifield Va 22119 | Final distribution to claim 11 representing a payment of 23.20 % per court order. | 7100-000 | | $3,813.14 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $140,000.00 | $140,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $140,000.00 | $140,000.00 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $140,000.00 | $125,000.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Page Subtotals: $0.00  $11,536.56

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6339 - Checking | $140,000.00 | $125,000.00 | $0.00 |
| | $140,000.00 | $125,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $140,000.00 |
| Total Gross Receipts: | $140,000.00 |

Page Subtotals: $0.00    $0.00